IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Melinda Ebson                                Chapter 7

   Debtor(s)                                        Bankruptcy No. 20-10425-AMC

## ORDER DISMISSING CASE

AND NOW, this 20th day of May, 2020, the Court having conducted a hearing with respect to its Order to Show Cause Why Case Should Not Be Dismissed in the above-captioned Chapter 7 case for failing to appear at two scheduled Meetings of Creditors, it is hereby

ORDERED that this case is dismissed.

_____
ASHELY M. CHAN
United States Bankruptcy Judge

Copies to:
Counsel for debtor(s)
Debtor(s)
Chapter 7 trustee
United States Trustee